FILE COPY



# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
 BONNIE SUDDERTH

JUSTICES
 ELIZABETH KERR
 J. WADE BIRDWELL
 DABNEY BASSEL
 DANA WOMACK
 MIKE WALLACH
 BRIAN WALKER

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
 DEBRA SPISAK

CHIEF STAFF ATTORNEY
 LISA M. WEST

GENERAL COUNSEL
 CLARISSA HODGES

December 6, 2023

John E. Meskunas
Assistant Criminal District Attorney
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Steven W. Conder
Assistant Criminal District Attorney
Tim Curry Criminal Justice Center
401 W. Belknap St., 4th Floor
Fort Worth, TX 76102-1913
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402
* DELIVERED VIA E-MAIL *

Hon. Steve Jumes
Judge, 485th District Court
Tim Curry Criminal Justice Center
401 W. Belknap St., 8th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Pamela S. Fernandez
Law Office of Pamela Fernandez
2101 Moneda St.
Fort Worth, TX 76117
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Numbers:  02-23-00024-CR, 02-23-00025-CR
        Trial Court Case Numbers:   1598816D, 1608301D

Style:   Larry J. Pedersen
         v.
         The State of Texas

FILE COPY

The Second Court of Appeals corrected a page in the opinion issued on November 16, 2023, in the above-referenced causes.

Page 3 is to be substituted for the original page 3 of the opinion in the above referenced causes. The page contains no substantive changes affecting the result of the opinion.

The opinion with the corrected page can be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

Debra Spisak